UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ALEXIS ANTONIO MEJIA-MALDONADO,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard following Change of Plea Hearing [ECF No. 20]. On July 31, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 16] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 1] pursuant to a written factual proffer [ECF No. 17]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 1]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Alexis Antonio Mejia-Maldonado** as to the sole Count of the Indictment is **ACCEPTED**.

CASE NO. 23-14026-CR-CANNON

3. Defendant **Alexis Antonio Mejia-Maldonado** is adjudicated guilty of the sole Count of the Indictment, reentry of a deported alien, in violation of 8 U.S.C. § 1326(a) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of August 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record